IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARRIVAL STAR, INC., <br><br> Plaintiff, <br><br> v. <br><br> PBB GLOBAL LOGISTICS, INC. d/b/a CLARKE LOGISTICS, <br><br> Defendant. | Civil Action No.: 1:05-cv-04766 <br><br> Judge Ronald A. Guzman |

## STIPULATED NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff, ArrivalStar, Inc. ("ArrivalStar"), and defendant, PBB Global Logistics, Inc. ("PBB"), hereby stipulate to the dismissal with prejudice of ArrivalStar's claims against PBB and PBB's counterclaims against ArrivalStar in this action, with each party to pay its own costs and attorney's fees.

Respectfully submitted,

FOR ARRIVAL STAR, INC.                                    FOR PBB GLOBAL LOGISTICS, INC.

/s/ Matthew G. McAndrews                              /s/ Paul I. Perlman
Raymond P. Niro                                                  Paul I. Perlman
Raymond, P. Niro, Jr.                                          Jason E. Markel
Matthew G. McAndrews                                    HODGSON RUSS LLP
Frederick C. Laney                                              One M&T Plaza, Suite 2000
Robert A. Conley                                                 Buffalo, NY 14203
NIRO, SCAVONE, HALLER & NIRO           Phone: (716) 848-1479
181 W. Madison St., Ste. 4600                         Fax: (716) 819-4616
Chicago, IL 60602
Phone: (312) 236-0733
Fax: (312) 236-3137

# **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on March 13, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Christopher E. Paetsch, SEYFARTH SHAW LLP, 55 East Monroe Street, Suite 4200, Chicago, IL 60603. I further certify that on March 13, 2006, I e-mailed the foregoing document and the notice of electronic filing to the following non-CM/ECF participants:

      Paul I. Perlman (pperlman@hodgsonruss.com)
      Jason E. Markel (jmarkel@hodgsonruss.com)
      HODGSON RUSS LLP
      One M&T Plaza
      Suite 2000
      Buffalo, New York 14203

      ***Attorneys for Plaintiff***

      /s/ Matthew G. McAndrews