**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 2.5**
**Eastern Division**

Arrival Star, Inc.
                                 Plaintiff,

v.                                                     Case No.: 1:05−cv−04766
                                                         Honorable Ronald A. Guzman

PBB Global Logistics, Inc.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 21, 2006:

      MINUTE entry before Judge Ronald A. Guzman :Pursuant to parties' stipulated notice of dismissal, this action is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii). Each party to pay its own costs and attorney's fees. Court retains jurisdiction to enforce any settlement agreement. Any pending motions or schedules in this case are stricken as moot. Civil case terminated.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.